

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00818-CV

Carleen **RANTZOW** f/k/a Carleen Black,
Appellant

v.

Christopher Edward **BLACK**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 08-004
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  June 12, 2013

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal.  We grant the motion.  *See* TEX. R. APP. P. 42.1(a)(1).  Appellant also requests the parties be ordered to bear their own costs.  However, the motion does not disclose an agreement of the parties regarding the assessment of appellate costs; accordingly, the costs of appeal will be assessed against appellant.  *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM